| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ADRIAN ALEXANDER WOODARD, | ) | Case No.: 1:16-cv-01089-SAB (PC) |
| Plaintiff, | ) ) ) | ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER TO COMPLAINT |
| v. | ) ) | [ECF No. 17] |
| DR. WANG, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff Adrian Alexander Woodard is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (ECF Nos. 6, 12.)

On August 29, 2017, Plaintiff filed an unsigned reply to Defendant's answer to the complaint. (ECF No. 17.)

Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As noted above, Plaintiff's reply to Defendant's answer lacks any signature. (ECF No. 17, at p. 8.) Therefore, it must be stricken.

Furthermore, the Court has not ordered any reply to Defendant's answer in this case. Federal Rule of Civil Procedure 7 lists all pleadings that are permitted, including "*if the court orders one*, a reply to an answer." Fed. R. Civ. P. 7(a)(7) (emphasis added). No request to file a reply to the answer

1

was sought or granted in this case, and therefore Plaintiff's reply must be stricken for this reason as well.[1]

Accordingly, Plaintiff's unsigned reply to Defendants answer to the complaint, filed on August 29, 2017 (ECF No. 17) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **August 31, 2017**

UNITED STATES MAGISTRATE JUDGE

---

[1] A plaintiff rarely needs to file any reply to an answer, "because the allegations in pleadings not requiring a response—e.g., the answer—are already automatically deemed denied or avoided under Rule 8(b)(6)." Fort Indep. Indian Cmty. v. California, No. CIV.S-08-432-LKK-KJM, 2008 WL 6579737, at *1 (E.D. Cal. June 24, 2008).