# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALEXANDER WOODARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. WANG,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01089-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT WANG FOR FAILURE TO ANSWER<br><br>[ECF No. 27] |

Plaintiff Adrian Alexander Woodard is a state prisoner appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). (ECF Nos. 6, 12.)

Currently before the Court is Plaintiff's motion for an entry of default against Defendant Wang for the failure to answer the first amended complaint, filed on December 20, 2018. (ECF No. 27.) Plaintiff contends that Defendant Wang never answered the first amended complaint.

Plaintiff is mistaken; Defendant Wang timely filed an answer on December 22, 2017. (ECF No. 24.) On February 21, 2018, Defendant filed a declaration of counsel stating that after receiving Plaintiff's motion, counsel discovered that the answer may not have been immediately served on Plaintiff due to a clerical error. Counsel could not locate a proof of service. Thus, counsel immediately served Plaintiff with a copy of the declaration and answer. (ECF No. 28.)

Certainly, it is critical that counsel timely serve Plaintiff with any filings in this action, as he lacks access to the Court's online docketing system and does not receive notification of electronic filings via CM/ECF. Counsel is admonished that Plaintiff must be promptly served

1

with all of Defendant's filings. However, the Court finds that because Defendant Wang has not failed to answer or otherwise defend this action, entry of default is not appropriate, and Plaintiff's motion shall be denied.

Plaintiff further asserts in the motion that he was not served with Defendant's opposition to his request for a preliminary and permanent injunction in this case. He discovered this when he received the Court's January 22, 2018 order denying his request, which advised that Defendant had filed an opposition, and that the Court had not received any reply from Plaintiff. (ECF No. 26.)

Defense counsel declares that the same clerical error likely lead to Plaintiff not being served with the opposition, which was filed on the same day as the answer. Plaintiff was also served with the opposition on February 21, 2018, when the error was discovered.

Plaintiff seeks reconsideration of the January 22, 2018 order denying his request for a preliminary and permanent injunction pursuant to Federal Rule of Civil Procedure 59(e). Based on Defendant's failure to serve Plaintiff with the opposition to his request within the time permitted, the Court will allow Plaintiff an opportunity to file a motion for reconsideration addressing the opposition. Plaintiff must file the motion within **thirty (30) days** of the date of this order, and his motion will be promptly addressed. No response from Defendant will be required or permitted.

For these reasons, Plaintiff's motion for entry of default against Defendant Wang, filed on February 20, 2018 (ECF No. 27), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __**February 23, 2018**__

UNITED STATES MAGISTRATE JUDGE

2